**00–1562.   Disciplinary Counsel v. Howland.**
This matter is pending before this court upon the filing by respondent of a motion to appear at oral argument. Upon consideration thereof and upon consideration of Gov.Bar R. V(8)(D),

It appearing to the court that because objections to the Report of the Board of Commissioners on Grievances and Discipline have not been filed, oral argument will not be scheduled in this case and respondent's motion is denied.

**00–2098.   Cincinnati Bar Assn. v. Allstate Ins. Co.**
No. 99–04. Upon consideration of the joint motion for stay of proceedings,

IT IS ORDERED by the court that the motion for stay of proceedings be, and hereby is, granted until December 18, 2000, at which time the stay will expire.

IT IS FURTHER ORDERED by the court that respondent's response to the motion for order to show cause shall be due December 28, 2000.

## MISCELLANEOUS DISMISSALS

**00–1812.   State v. Maxwell.**
Franklin App. No. 99AP–1177. This cause is pending before the court as a discretionary appeal and cross-appeal and claimed appeal of right. On November 29, 2000, appellee/cross-appellant filed a memorandum in response and in support of cross-appeal that was due, pursuant to S.Ct.Prac.R. III(4)(A), no later than November 27, 2000. Whereas S.Ct.Prac.R. XIV(1)(C) prohibits untimely filings,

IT IS ORDERED by the court, *sua sponte*, that appellee/cross-appellant's memorandum in response and in support of cross-appeal be, and hereby is, stricken.

Whereas appellee/cross-appellant has not filed a memorandum in response and in support of cross-appeal within the time for perfecting his cross-appeal,

IT IS ORDERED by the court, *sua sponte*, that the cross-appeal be, and hereby is, dismissed.

**00–1919.   Citizen Power, Inc. v. Pub. Util. Comm.**
Public Utilities Commission, Nos. 99–1212–EL–ETP, 99–1213–EL–ATA, and 99–1214–EL–AAM. This cause is pending before the court as an appeal from the Public Utilities Commission of Ohio. Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.
ACCORDINGLY, IT IS ORDERED by the court that this cause be, and hereby is, dismissed.
Cook, J., not participating.